IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISRAEL JACOB TORRES, | ) | |
| Plaintiff, | ) | Civil Action No. 13-1522 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| J.D. HALLEY, | ) | |
| | ) | Magistrate Judge Susan Paradise Baxter |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 2, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 15) recommending that this case be dismissed for Plaintiff's failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendant's Motion to Dismiss for Lack of Prosecution (**Doc. 13**) is **GRANTED**, and the Report and Recommendation of Magistrate Judge Baxter, dated October 2, 2014, is adopted as the opinion of the District Court. This case is hereby dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

October 28, 2014
s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Israel Jacob Torres
FR4879
PO Box 9999
LaBelle, PA 15450